**DISMISSED; Opinion Filed May 21, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00321-CV

## IN THE INTEREST OF T.T., G.M. AND C.M., CHILDREN

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0922**

# MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

This appeal follows the trial court's order terminating Mother and Father's parental rights to their children. The appeal was filed by the paternal grandfather, who asserted in the notice of appeal that he had intervened in the underlying suit. After reviewing the clerk's record and finding nothing that reflected paternal grandfather had intervened, we directed him to file a letter brief addressing how he had standing to appeal the trial court's termination order. *See State v. Naylor*, 466 S.W.3d 783, 787 (Tex. 2015) ("appellate standing is typically afforded 'only to parties of record'") (quoting *Gunn v. Cavanaugh*, 391 S.W.2d 723, 724-25 (Tex. 1965)); *Johnston v. Crook*, 93 S.W.3d 263, 268 (Tex. App.—Houston [14th Dist.] 2002, pet. denied) ("[A]n intervenor is a party for purposes of appeal only if (1) she timely files a [plea of intervention], and (2) the trial court does not strike the pleading before the entry of final judgment."). We explained that an appellate court generally has no jurisdiction over an appeal filed by an appellant who lacks standing and cautioned him that failure to comply by April 15, 2019 could result in dismissal of

the appeal.  *See Naylor*, 466 S.W.3d at 787 ("[A]n appeal filed by an improper party must be dismissed."); *see also* TEX. R. APP. P. 42.3(a),(c).  To date, however, he has not responded.

Because the record does not reflect paternal grandfather intervened, he lacks standing to challenge the order of termination and we lack jurisdiction over the appeal.  *See Naylor*, 466 S.W.3d at 787.  Accordingly, we dismiss the appeal.  *See id.*; *see also* TEX. R. APP. P. 42.3(a).


/Lana Myers/
LANA MYERS
JUSTICE


190321F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.T., G.M. AND
C.M., CHILDREN

No. 05-19-00321-CV

On Appeal from the 439th Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-17-0922.
Opinion delivered by Justice Myers,
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 21st day of May, 2019.